1 | ROBINSON, CALCAGNIE & ROBINSON
2 | 620 Newport Center Drive, Suite 700
  | Newport Beach, California  92660
3 | Telephone: (949) 720-1288
  | Facsimile: (949) 720-1292
4 |
5 | Attorneys for Plaintiff, Kathleen Shelly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C 06-2856 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| KATHLEEN SHELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br><br>    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **KATHLEEN SHELLY** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

1 stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2 fees and costs.

5 DATED: September 1, 2009     ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
MARK P. ROBINSON, JR.
Attorneys for Plaintiff Kathleen Shelly

DATED: Oct. 22, 2009     DLA PIPER LLP (US)

By: /s/
Matt Holian
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: OCT 2 8 2009

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE